UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANTONIO AVISADO and INGRID AVISADO,
his Wife,

                        Plaintiffs,       Case No.: 6:11-CV-06600-MAT

vs.

SPORTSPOWER LIMITED, BJ'S WHOLESALE
CLUB, INC., SPIRE GROUP, INC., TRIFECTA
MANUFACTURING, LIMITED and HENRY G.
CHOW,

                        Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2012, I electronically filed Defendant BJ's Wholesale Club, Inc.'s Reply to Cross Claim via e-filing using the CM/ECF system which will send notification and a copy of same to the following:

- **Timothy Charles Bellavia**
  parisibellavia@gmail.com
- **Alan M. Briskin**
  abriskin@briskinlaw.com
- **David M. Messer**
  dmesser@briskinlaw.com
- **Harry F. Mooney**
  hfm@hurwitzfine.com,smd@hurwitzfine.com,estelles@hurwitzfine.com,ttd@hurwitzfine.com
- **Albert L. Parisi**
  albertlparisi3@gmail.com

Dated: April 4, 2012

                                                      **MACKENZIE HUGHES LLP**

                                                      /s/ Stephen S. Davie
                                                      Stephen S. Davie, Esq.
                                                      NDNY Bar Roll Number 505078

101 South Salina Street, Suite 600
Syracuse, New York 13202
(315) 233-8228
sdavie@mackenziehughes.com

2